UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMARIA SEDANO NICOLAS, | No. 2:15-cv-2179 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant has filed a motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Opposition, if any, shall be filed no later than February 5, 2016.  Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed.

2. Reply, if any, shall be filed no later than February 12, 2016.

3. The matter shall thereafter stand submitted.

Dated: January 22, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 sedano2179.mtd.brf